**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HONGMIAN GONG,

                          Plaintiff,                18 **CIVIL** 3027 (LGS)

              -against-                        **JUDGMENT**

CITY UNIVERSITY OF NEW YORK,

                         Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2020, Defendant CUNY's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
         March 27, 2020

                                                    **RUBY J. KRAJICK**
                                                   _____
                                                        **Clerk of Court**
                       **BY:**
                                                     _____
                                                         **Deputy Clerk**